

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| KENNETH MCKEOUGH, | § | No. 08-21-00026-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| CAMELOT TOWNHOMES ASSOCIATION INC., | § | of El Paso County, Texas |
| | § | (TC# 2019DCV3303) |
| Appellee. | | |

## JUDGMENT

This is an appeal from the judgment signed by the trial court on November 10, 2020. Having reviewed the record, the Court agrees with the parties that this appeal should be consolidated into cause number 08-21-00057-CV, and this cause should be dismissed. Therefore, the Court consolidates this cause, transfers all the records and filings in this cause number to cause number 08-21-00057-CV, and dismisses cause number 08-21-00026-CV. The costs will be assessed on the disposition of cause number 08-21-00057-CV.

IT IS ORDERED THIS 27TH DAY OF FEBRUARY, 2023.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.
Alley, J. (not participating)